GRACE ISSERMAN, complainant-respondent,

*v.*

ABRAHAM ISSERMAN, defendant-appellant.

[Decided June 28th, 1940.]

*Mr. Milton M. Unger,* for the appellant.

*Mr. Charles M. Grosman,* for the respondent.

PER CURIAM.

We have carefully considered the matters raised in the cross-appeal of the defendant, Abraham Isserman, from the allowance of counsel fee of $500 made to Michael G. Alenick in the court below and conclude that the appeal is without merit.

The portion of the order appealed from is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WACHENFELD, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 13.

*For reversal*—None.